JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCONCE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PATRICK COVELLO, Warden,<br><br>　　　　　Respondent. | Case No. 2:21-cv-07708-ODW-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action Without Prejudice and Denying Certificate of Appealability,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: October 7, 2021

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE